UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  11-cv-23671-SEITZ

DISABILITY ADVOCATES AND
COUNSELING GROUP, INC.,

    Plaintiff,
vs.

GROUP AFG, INC.,

    Defendant.
_____/

## JOINT NOTICE OF WITHDRAWAL OF PENDING MOTIONS AND REQUEST TO RETAIN JURISDICTION THROUGH AND INCLUDING JULY 1, 2014

Plaintiff Disability Advocates and Counseling Group, Inc. (hereinafter, "Plaintiff") and Defendant Group AFG, Inc. (hereinafter, "Defendant"), by and through their respective counsel, and in compliance with the Magistrate's Order at DE 43, hereby provide the Court with their Joint Notice of Withdrawal of their respective, pending motions at DE 19 and DE 28, and request that the Court retain jurisdiction over the enforcement of the parties' settlement agreement and this action through and including, July 1, 2014, following which the Court shall not have any further jurisdiction over the parties and their settlement agreement.

| | |
|---|---|
| **Law Offices of William N. Charouhis & Associates, P.A.**<br>*Counsel for Plaintiff*<br>By:   s/  William N. Chouhis         /<br>     William N. Charouhis, Esq.<br>     Fla. Bar No.:  510076<br>     Suite 1750 – Brickell Bayview Centre<br>     80 SW 8 Street<br>     Miami, FL  33130<br>     Tel:  305.979.8700<br><br>Dated:  February 7, 2014 | **The Blumstein Law Firm**<br>*Counsel for Defendant*<br>By:   s/  Mark Blumstein         /<br>     Mark Blumstein, Esq.<br>     Fla. Bar No.:  90700<br>     One Turnberry Place, Suite 411<br>     19495 Biscayne Boulevard<br>     Aventura, FL  33180<br>     Tel:  786.514.1604<br><br>Dated:  February 7, 2014 |

CASE NO. 11-cv-23671-SEITZ

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>7th</u> day of February, 2014, a true and correct copy of the foregoing document was served via CM/ECF to: William N. Charouhis, Esq., *Counsel for Plaintiff*, William Nicholas Charouhis & Associates, Suite 1750, Brickell Bayview Centre, Eighty S.W. Eighth Street, Miami, Florida 33130.

By: <u>/s/ Mark Blumstein</u>
Mark Blumstein
Fla. Bar No.: 90700
**The Blumstein Law Firm**
One Turnberry Place, Suite 411
19495 Biscayne Boulevard
Aventura, FL  33180
Tel: (786) 514-1604
Fax: (305) 935-9710
Email: mark@blumsteinlaw.com