**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 11-23671-CIV-SEITZ

DISABILITY ADVOCATES COUNSELING GROUP, INC.,

    Plaintiff,

vs.

GROUP AFG, INC.,

    Defendant.
_____/

**ORDER RETAINING JURISDICTION**

THIS MATTER is before the Court upon the Joint Notice of Withdrawal of Pending Motions and Request to Retain Jurisdiction Through And Including July 1, 2014 [DE-44, 45] (the "Joint Notice"). By filing the Joint Notice on February 7, 2014, the parties have complied with Judge Simonton's Order on Plaintiff's Motion for Court Enforcement of Stipulation of Settlement and Request for Evidentiary Hearing and Defendant's Motion for Extension of Time to Comply with Stipulation of Settlement [DE-43]. Accordingly, it is hereby

ORDERED that:

(1) The Request to Retain Jurisdiction Through And Including July 1, 2014 [DE-45] is GRANTED.

(2) The Court shall retain jurisdiction over the enforcement of the parties' settlement agreement until and including July 1, 2014.

DONE AND ORDERED in Miami, Florida, this 21st day of February, 2014.

    PATRICIA A. SEITZ
    UNITED STATES DISTRICT JUDGE

cc:    All counsel of record